AO91 (Rev. 12/03) Criminal Complaint     *Felony*     AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**
vs.

Luis Daniel SANCHEZ-Rivera
A206 788 799 Mexico

**CRIMINAL COMPLAINT**

Case Number: B-19-1314-mj

United States District Court
Southern District of Texas
FILED
DEC 23 2019
David J. Bradley, Clerk of Court

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about December 21, 2019 in Cameron County, in the Southern District Of Texas defendant(s)

the defendant, an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in the United States having been found Cameron County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of Title 8 United States Code, Section(s) 1326(a)(1)/(b)(1)

I further state that I am a(n) Border Patrol Agent and that this complaint is based on the following facts:

The defendant was encountered by Border Patrol Agents responding to a request for assistance from South Padre Island Police Department near Brownsville, Texas on December 21, 2019. The defendant is a citizen and national of Mexico who was previously deported, excluded or removed from the United States on March 1, 2019. The defendant was convicted of Robbery on January 5, 2018. Record checks revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United States.

Defendant had $1,120.00 Mexican Pesos at time of arrest.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

_____
Signature of Complainant

Mora, Sergio A.    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

December 23, 2019     at     Brownsville, Texas
Date                                       City/State

Ignacio Torteya III     U.S. Magistrate Judge
Name of Judge              Title of Judge                     Signature of Judge